UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 06-31745 |
|---|---|
| BONNIE LOU GIGANDET | (Chapter 13) |
| Debtor | JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4093770**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 7/ 18 | FCC ACCEPTANCE CORP<br>405 STATE HIGHWAY<br>121 BYPASS BLDG A #250<br>LEWISVILLE, TX  75067 | 254.94 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 8/2/2011

Certificate of Service  06-31745

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

BONNIE LOU GIGANDET
932 WEST NORTH
PIQUA, OH  45356

RANDAL A HARVEY
9 W WATER ST
TROY, OH  45373

(37.1n)
Chase Home Finance LLC
10790 Rancho Bernardo Road
San Diego, CA  92127

(18.1)
FCC ACCEPTANCE CORP
405 STATE HIGHWAY
121 BYPASS BLDG A #250
LEWISVILLE, TX  75067

(38.1n)
JP MORGAN CHASE BANK NA
MAIL CODE LA4-5555
700 KANSAS LANE
MONROE, LA  71203

Jeffrey M. Kellner BY       ___/s/ Jeffrey M. Kellner_____      sv